# United States Bankruptcy Court
## District of Arizona

In re  **DLGC II, LLC**

Debtor(s)

Case No. **2:11-bk-10174-SSC**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ARIZONA CORPORATION COMMISSION<br>1300 W. WASHINGTON 1ST FLOOR<br>PHOENIX, AZ 85007 | ARIZONA CORPORATION COMMISSION<br>1300 W. WASHINGTON, 1st FLOOR<br>PHOENIX, AZ 85007 | Filing Fees for Lake Pleasant Water Co. and Lake Pleasant Sewer Co. | | 90.00 |
| BO-NINE RANCH LLC<br>3325 W. BEHREND DR.<br>PHOENIX, AZ 85027 | BO-NINE RANCH LLC<br>3325 W. BEHREND DR.<br>PHOENIX, AZ 85027 | Grazing Lease | | 4,097.00 |
| CHARLES CIVER REAL ESTATE<br>42265 N. OLD MINE ROAD<br>CAVE CREEK, AZ 85331 | CHARLES CIVER REAL ESTATE<br>42265 N. OLD MINE ROAD<br>CAVE CREEK, AZ 85331 | | | 135,875.00 |
| EARL CURLEY & LAGARDE PC<br>3101 N. CENTRAL AVENUE SUITE 1000<br>PHOENIX, AZ 85012 | EARL CURLEY & LAGARDE PC<br>3101 N. CENTRAL AVENUE, STE. 1000<br>PHOENIX, AZ 85012 | Legal Fees | | 4,753.00 |
| ESCA ENVIRONMENTAL<br>7401 W. ARROWHEAD CLUBHOUSE DR.<br>UNIT 2088<br>GLENDALE, AZ 85308 | ESCA ENVIRONMENTAL<br>7401 W. ARROWHEAD CLUBHOUSE DR., #2088<br>GLENDALE, AZ 85308 | Engineering Services | | 8,230.00 |
| MORRILL & ARONSON, PLC<br>ONE EAST CAMELBACK ROAD<br>SUITE 340<br>PHOENIX, AZ 85012 | MORRILL & ARONSON, PLC<br>ONE EAST CAMELBACK RD, STE 340<br>PHOENIX, AZ 85012 | Legal Fees | | 349.00 |
| R.W. KLINE, LLC<br>7702 E. DOUBLETREE RANCH RD.<br>SUITE 300<br>SCOTTSDALE, AZ 85258 | R.W. KLINE, LLC<br>7702 E. DOUBLETREE RANCH RD., STE 300<br>SCOTTSDALE, AZ 85258 | Consulting Fees | | 2,390.00 |
| | | | | |
| | | | | |

In re  **DLGC II, LLC**                                    Case No.    **2:11-bk-10174-SSC**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CVF Holdings, LLC, Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 18, 2011**                    Signature   **/s/ Donald R. Leo, Managing Member of**

**Donald R. Leo, Managing Member of**
**CVF Holdings, LLC, Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.